# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>DHILLON BROS. NO. 1, LLC; KALWANT S. DHILLON; BIR SINGH DHILLON; DALJIT SINGH DHILLON; HARBHAJAN S. DHILLON; ROBERT ANTHONY RASCON dba THE GREEN MILE SMOKE SHOP; JOHN WONG dba BAMBOO GARDEN RESTAURANT; SAVE MART SUPERMARKETS dba SAVE MART STORE #54;<br><br>    Defendants. | Case No.  1:14-CV-01038-LJO-GSA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><br>Complaint Filed: July 2, 2014<br>Trial Date:  None Set |

/ / /

/ / /

DHI01-01**Error! Unknown document property name.**:14cv1038.Moore.stip to respond.mp:8-6-14    - 1 -

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The Court has reviewed the Parties' stipulation and, good cause appearing, Defendants Dhillon Bros. No. 1, LLC, Kalwant S. Dhillon, Bir Singh Dhillon, Daljit Singh Dhillon, Harbhajan S. Dhillon, Robert Anthony Rascon dba The Green Mile Smoke Shop, and John Wong dba Bamboo Garden Restaurant shall have up to and including September 8, 2014, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: **August 6, 2014**           **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE