UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE,**<br><br>Plaintiff,<br><br>v.<br><br>**DHILLON BROS. No. 1, LLC, et al.**<br><br>Defendants. | **1:14-cv-1038-LJO-JLT**<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 23)** |

On September 11, 2014, Ronald Moore ("Plaintiff") filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 23 at 1. Plaintiff requests that the Court issue an order dismissing only Defendant Save Mart Supermarkets d/b/a Save Mart Store #54 with prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES only Defendant Save Mart Supermarkets d/b/a Save Mart Store #54 with prejudice.

IT IS SO ORDERED.

   Dated:   **September 15, 2014**          /s/ Lawrence J. O'Neill
                                                                               UNITED STATES DISTRICT JUDGE