Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-01038-LJO-GSA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| DHILLON BROS. NO. 1, LLC, et al., | |
| Defendants. | |

WHEREAS, no defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff has settled the matter with all remaining defendants;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 30, 2014         MOORE LAW FIRM, P.C.

                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorneys for Plaintiff
                                 Ronald Moore

**<u>ORDER</u>**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  **September 30, 2014**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE